IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01482-LTB-KLM

ONYX PROPERTIES LLC, a Colorado Limited Liability Company,
EMERALD PROPERTIES, LLC, a Colorado Limited Liability Company,
VALLEY BANK AND TRUST, a Colorado State Bank,
PAUL NAFTEL, an individual, and
SHAUNA NAFTEL, an individual,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY, in its official capacity,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [Docket No. 27; Filed August 8, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the deadline for joinder of parties and amendment to pleadings is extended to **September 9, 2011**.

    Dated:  August 10, 2011