IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No.  10-cv-01482-LTB-KLM (Consolidated w/11-cv-02321-RPM-MJW)

ONYX PROPERTIES LLC, a Colorado Limited Liability Company;
EMERALD PROPERTIES, LLC, a Colorado Limited Liability Company;
VALLEY BANK AND TRUST, a Colorado State Bank;
PAUL NAFTEL, an individual; and
SHAUNA NAFTEL, an individual,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY,

    Defendant.

_____

KENNETH G. ROHRBACH,
KAREN L. ROHRBACH,
PAUL K. ROHRBACH, and
COMPOST EXPRESS, INC., a Colorado corporation,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY, in its official capacity,

    Defendant.
_____

**ORDER**
_____

Upon Plaintiffs' Motion for Consolidating the Zoning Actions (Doc 40 - filed November 11, 2011), and Defendant's Response (Doc 48 - filed November 28, 2011), it is

ORDERED that the Motion to Consolidate is GRANTED. All further documents shall be filed with the captioned as stated above. It is

FURTHER ORDERED that Case No. 11-cv-2321 is REASSIGNED to Magistrate Judge Mix for all further proceedings in accordance with the Order of Reference issued by this Court on February 25, 2011 (Doc 21).

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED: December 1, 2011