IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01482-LTB-KLM

ONYX PROPERTIES LLC, a Colorado Limited Liability Company,
EMERALD PROPERTIES, LLC, a Colorado Limited Liability Company,
VALLEY BANK AND TRUST, a Colorado State Bank,
PAUL NAFTEL, an individual,
SHAUNA NAFTEL, an individual, and
BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY, in its official capacity,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY, in its official capacity,

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Scheduling Order** [#129] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#129] is **GRANTED**.  The Scheduling Order [#124] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline      **May 16, 2014**
- Rebuttal Expert Disclosure Deadline      **June 27, 2014**

      Dated:  May 16, 2014