**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01482-LTB-KLM (Consolidated w/11-cv-02321-RPM-MJW)

ONYX PROPERTIES LLC, a Colorado Limited Liability Company;
EMERALD PROPERTIES, LLC, a Colorado Limited Liability Company;
VALLEY BANK AND TRUST, a Colorado State Bank;
PAUL NAFTEL, an individual;
SHAUNA NAFTEL, an individual, and
The Estate of LOCAL SERVICE CORPORATION by and through its Chapter 11 Bankruptcy Trustee, SIMON E. RODRIGUEZ,

      Plaintiffs,

vs.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY,

      Defendant.
_____

KENNETH G. ROHRBACH,
KAREN L. ROHRBACH,
PAUL K. ROHRBACH, and
COMPOST EXPRESS, INC., a Colorado corporation,

      Plaintiffs,

vs.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY, in its official capacity,

      Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Unopposed Motion to Amend Scheduling Order (Doc 132 - filed June 25, 2014) is **GRANTED**.

    Deadlines are extended as follows:

| | |
|---|---|
| Rebuttal Expert Disclosures | August 8, 2014 |
| Discovery Cutoff | October 3, 2014 |
| Dispositive Motion Deadline | November 3, 2014 |

Dated:  June 26, 2014
_____