**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01482-LTB-KLM (Consolidated w/11-cv-02321-RPM-MJW)

ONYX PROPERTIES LLC, a Colorado Limited Liability Company;
EMERALD PROPERTIES, LLC, a Colorado Limited Liability Company;
VALLEY BANK AND TRUST, a Colorado State Bank;
PAUL NAFTEL, an individual;
SHAUNA NAFTEL, an individual, and
The Estate of LOCAL SERVICE CORPORATION by and through its Chapter 11 Bankruptcy Trustee, SIMON E. RODRIGUEZ,

    Plaintiffs,

vs.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY,

    Defendant.
_____

KENNETH G. ROHRBACH,
KAREN L. ROHRBACH,
PAUL K. ROHRBACH, and
COMPOST EXPRESS, INC., a Colorado corporation,

    Plaintiffs,

vs.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY, in its official capacity,

    Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Joint Motion to Extend Discovery and Amend Scheduling Order (Doc 134 - filed October 1, 2014) is **GRANTED**.

    Deadlines are extended as follows:

| | |
|---|---|
| Deadline to respond to Plaintiff's Discovery: | October 20, 2014 |
| Discovery Cutoff | October 24, 2014 |
| Dispositive Motion Deadline | November 24, 2014 |

Dated: October 2, 2014
_____