IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  10-cv-01482-LTB-KLM

ONYX PROPERTIES LLC, a Colorado limited liability company;
EMERALD PROPERTIES, LLC, a Colorado limited liability company;
VALLEY BANK AND TRUST, a Colorado State bank;
PAUL NAFTEL, an individual;
SHAUNA NAFTEL, an individual; and
The Estate of LOCAL SERVICE CORPORATION by and through its
    Chapter 11 Bankruptcy Trustee, SIMON E. RODRIGUEZ,

    Plaintiffs,

vs.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY, in its official capacity,

    Defendant.
_____

ORDER ON DECEMBER 19, 2014 HEARING
_____

    This matter came before the Court at a hearing held on December 19, 2014 at 9:00 a.m.  As discussed with counsel at the hearing, the Court orders as follows:

1.     The March 16, 2015 trial setting and January 30, 2015 trial preparation conference in this case are vacated.

2.     The parties shall file any motions pursuant to Federal Rule of Evidence 702 by January 16, 2015.  Any responses shall be filed by January 30, 2015 and any replies shall be filed by February 13, 2015.

3.     A motions hearing is set for March 16, 2015 from 9:00 a.m. to 12:00 p.m.  The Court will hear argument on Defendant's Motion for Summary Judgment [Doc. # 141] as well as any Rule 702 motions.

4.       Plaintiffs shall file a status report with the Court by January 8, 2015, in which Plaintiffs shall indicate whether they are electing to waive a jury trial and proceed with a bench trial in this matter.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE

DATED: December  22 , 2014