IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  10-cv-01482-LTB-KLM  (Consolidated w/11-cv-02321-RPM-MJW)

ONYX PROPERTIES LLC, a Colorado Limited Liability Company;
EMERALD PROPERTIES, LLC, a Colorado Limited Liability Company;
VALLEY BANK AND TRUST, a Colorado State Bank;
PAUL NAFTEL, an individual;
SHAUNA NAFTEL, an individual; and
The Estate of LOCAL SERVICE CORPORATION by and through its
    Chapter 11 Bankruptcy Trustee, SIMON E. RODRIGUEZ,

       Plaintiffs,
vs.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY,

       Defendant

---

KENNETH G. ROHRBACH,
KAREN L. ROHRBACH,
PAUL K. ROHRBACH, and
COMPOST EXPRESS, INC., a Colorado corporation,

       Plaintiffs,
vs.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY, in its official capacity,

       Defendant.

---

ORDER

---

Upon Plaintiffs' Status Report re: Jury Waiver (Doc 153) and Defendant's statement made in open Court on December 19, 2014 that they would not oppose waiver of a jury, it is

ORDERED that this matter shall proceed as a trial to the Court.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED:   December 30, 2014