IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| Courtroom Deputy: Emily Buchanan | Date: March 16, 2015 |
| Court Reporter:     Mary George  |                      |

_____

| Civil Case No. 10-cv-01482-LTB-KLM | *Counsel:* |
|---|---|
| ONYX PROPERTIES LLC, a Colorado limited liability company, <br> EMERALD PROPERTIES, LLC, a Colorado limited liability company, <br> PAUL NAFTEL, an individual, <br> SHAUNA NAFTEL, an individual, and <br> LOCAL SERVICE CORPORATION, The Estate of Chapter 11 Bankruptcy in re: Simon E. Rodriguez, Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY, in its official capacity, <br><br> Defendant. | James Thorburn <br><br><br><br><br><br><br><br><br><br><br><br> Josh Marks <br> Melanie Lewis |

_____

COURTROOM MINUTES
_____

HEARING - MOTIONS

9:01 a.m.    Court in Session.

Also seated at Defendant's table: Wade Gateley, client representative.

Statement by the Court regarding the testimony transcript the parties have provided.

9:04 a.m.    Argument by Mr. Marks regarding Defendant's Motion for Summary Judgment.

1

9:32 a.m.     Response by Mr. Thorburn.

10:05 a.m.    Reply by Mr. Marks.

**ORDERED**:   Defendant's Motion for Summary Judgment (Doc. No. 141) is **TAKEN UNDER ADVISEMENT**.  The Court will issue a ruling in due course.

10:11 a.m.    Court in Recess.
Hearing concluded.
Time:  1:10