IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-01482-LTB-KLM (consolidated with 11-cv-02321-LTB-KLM)

ONYX PROPERTIES LLC, a Colorado limited liability company, and
LOCAL SERVICE CORPORATION, The Estate of Chapter 11 Bankruptcy in re: Simon E. Rodriguez, Trustee,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY, in its official capacity,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on March 24, 2015, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the Motion for Summary Judgment filed by Defendant, Board of County Commissioners of Elbert County is GRANTED.  It is

    FURTHER ORDERED that final judgment as a matter of law is hereby entered in favor of Defendant, Board of County Commissioners of Elbert County and against Plaintiffs, Onyx Properties LLC and Local Service Corporation, by and through its Chapter 11 bankruptcy trustee, Simon E. Rodriguez.  It is

    FURTHER ORDERED that Defendant, Board of County Commissioners of Elbert County shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and

D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that plaintiffs' Second Amended Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this  24th  day of March, 2015.

> FOR THE COURT:
>
> JEFFREY P. COLWELL, CLERK
>
> By: s/Emily Buchanan
> Emily Buchanan, Deputy Clerk